Bayard *against* Malcolm.

Bayard
v.
Malcolm.

*Practice.* Where a certificate to stay proceedings in a cause is obtained, it amounts to an enlargement of the four day rule *nisi*, and a motion in arrest of judgment, may be made at any time or term subsequent, and before the judgment is entered up and perfected.

BENSON, opposed the hearing of the motion in arrest of judgment, in this cause; he contended, that it must be made within the first four days of the term, next after the verdict, or that an order should be obtained, to stay proceedings until a further day for that purpose. In this case, notice was given for the first day of *February* term, that a motion would be made in arrest of judgment, and for a nonsuit, or a new trial; this notice was not served until *Friday* the 7th *February*. No order for staying proceedings was granted, until the first four days of the term had elapsed.

*Harison, contra.* No notice of the motion in arrest of judgment, was necessary. When the certificate for staying proceedings was granted, it was understood, that the motion in arrest of judgment, and for a new trial, might be made at any time before judgment was entered up and perfected. This is agreeable to the practice of the *English* courts,[*] and where our rules have not provided for a case, or appear doubtful, this court adopts the *English* practice.

[*] *Douglas,* 745. *Taylor* v. *Whitehead.*

*Per Curiam.* If the defendant file his reasons in arrest of judgment, within the first four days of the term, next after the verdict, and judgment is also stayed by a judge's certificate, the defendant is at liberty, at any time, or term thereafter, during the existence of the certificate, and while it is in force, to move in arrest of judgment. According to the *English* practice, the certificate to stay proceedings amounts to an enlargment of the *four* day rule *nisi*. If it were otherwise, the defendant would for ever preclude himself from making his motion, for a new trial, unless time were given by a special rule; for that motion, according to the course of business, can never be brought on within the first four days; so that these special rules would be requisite in every case, and be-

come rules of course; and we may as well, at once, con-sider the certificate for staying proceedings, as amounting to an enlargement of the rule *nisi*.

N. B. The counsel not agreeing to consolidate the two motions, the court said, that as the motion in arrest of judgment, was a non-enumerated motion, they would first hear the one for a new trial; afterwards, the counsel agreed to consolidate them, and the cause was argued on both; but the court gave no opinion this Term.